133

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| WILLIAM G. CLARK, | CIVIL ACTION |
| Plaintiff/ Counterclaim Defendant, | No. 300CV0711 (RNC) (DFM) |
| - against - | NOTICE OF MOTION FOR LEAVE TO AMEND EXPERT DISCLOSURE |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | |
| Defendant/ Counterclaim Plaintiff. | MAY 2, 2003 |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion for Leave to Amend Expert Disclosure and the Declaration of S. Penny Windle submitted in support thereof, Lumbmerns Mutual Casualty Company, by its undersigned counsel, hereby moves for leave to amend its Fed. R. Civ. P. 26(a)(2) disclosures to identify two witnesses who have already been deposed in this action

March 31, 2004. Clark v. Lumbermens Mutual Casualty Co., 3:00CV0711 (RNC)

Re: Defendant's Motion for Leave to Amend Expert Disclosure [Doc. 133]

Denied without prejudice. The parties' papers are insufficient to permit a determination of the reliability of the methodology used by Nelson. Moreover, it appears that Stone may be able to testify as a lay witness. Both matters can be better addressed at the final pretrial conference.

So ordered.

Robert N. Chatigny, U.S.D.J.