*held*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.

PLAINTIFF'S COUNSEL MUST INITIATE CALL
CHAMBERS TELEPHONE NUMBER
860-240-3659

~~April 29, 2004~~    *MAY 17, 2004*

~~9:30 A.M.~~    *9:00*

CASE NO. 3:00CV711(RNC)    **Clark v. Lumbermens**

Elkan Abramowitz
Morvillo, Abramowitz, Grand, Iason & Sil
565 Fifth Ave.
New York, NY 10017

Lawrence William Andrea
57 North Street, Suite 313
Danbury, CT 06810

Eric D. Beal
✓Chad A. Landmon
William M. Rubenstein
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT 06103-3702

Michael W. Mitchell
✓Matthew J. Sava
Stuart L. Shapiro
Shapiro, Mitchell, Forman, Allen & Mille
380 Madison Ave.
New York, NY 10017

Thorn Rosenthal
✓S. Penny Windle
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 10005

✓William Clark

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK