UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 14 P 2: 48
U.S. DISTRICT COURT
HARTFORD, CT.

WILLIAM G. CLARK,

    Plaintiff,

V.

LUMBERMENS MUTUAL CASUALTY CO.,

    Defendant.

CASE NO. 3:00CV711 (RNC)

## ORDER

The parties have reported that this action appears to have been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file for administrative purposes without prejudice to reopening on or before October 15, 2004.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before October 15, 2004.

The date set forth in this order may be extended pursuant to a motion filed in accordance with Local Rule 9.

So ordered.

Dated at Hartford, Connecticut this 14th day of June 2004.

Robert N. Chatigny
United States District Judge