UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM G. CLARK,<br>    Plaintiff/<br>    Counterclaim Defendant, | )<br>)  CIVIL ACTION<br>)<br>) |
| v. | )  No. 300CV0711 (RNC)<br>) |
| LUMBERMENS MUTUAL CASUALTY<br>COMPANY,<br>    Defendant/<br>    Counterclaim Plaintiff. | )<br>)<br>)<br>)  OCTOBER 14, 2004 |

MOTION FOR EXTENSION OF THE
DEADLINE SET FORTH IN THE JUNE 14, 2004 ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9(b), plaintiff William G. Clark respectfully moves the Court to extend the deadline set forth in the Court's June 14, 2004 Order by one month, up to and including November 15, 2004. In support of this Motion, Mr. Clark represents as follows:

1.    On May 17, 2004, the parties notified the Court that a settlement had been reached, but that a certain amount of time was needed to finalize and execute the settlement.

2.    As a result of such representation, on June 14, 2004, the Court ordered the Clerk "to close the file for administrative purposes without prejudice to reopening on or before October 15, 2004." In addition, the Court ordered that the parties could file a stipulation of dismissal with the Court on or before October 15, 2004.

3.    The Court also stated that the "date set forth in this order may be extended pursuant to a motion filed in accordance with" the Local Rules.

4.    In order to implement the conditions necessary to make it possible to execute the settlement, the parties require additional time. The parties expect that such conditions will be

met prior to November 15, 2004.

5. The requested extension will allow the parties to execute the settlement without unnecessarily requiring the reopening of this file.

6. Defendant Lumbermens Mutual Casualty Company does not oppose the extension of time set forth in this Motion.

7. This is the first motion for extension of time relating to the deadline set forth in the Court's June 14, 2004 Order.

WHEREFORE, Plaintiff William G. Clark respectfully requests that the Court extend the deadline set forth in the Court's June 14, 2004 Order by one month, up to and including November 15, 2004.

Dated: October 14, 2004

PLAINTIFF
WILLIAM G. CLARK

By: _____
William M. Rubenstein
Federal Bar No. ct08834
Chad A. Landmon
Federal Bar No. ct20932
Eric D. Beal
Federal Bar No. ct23167
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
(860) 275-8100

Stuart L. Shapiro
Federal Bar No. ct21475
Michael W. Mitchell
Federal Bar No. ct11299
Matthew J. Sava
Federal Bar No. ct21841
SHAPIRO MITCHELL FORMAN ALLEN
  & MILLER LLP
380 Madison Avenue
New York, New York 10017
(212) 972-4900

Elkan Abramowitz
Federal Bar No. ct24345
MORVILLO, ABRAMOWITZ, GRAND,
  IASON & SILBERBERG, P.C.
565 Fifth Avenue
New York, New York 10017
(212) 880-9650

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of the Deadline Set Forth in the June 14, 2004 Order has been sent via first class U.S. mail, postage prepaid, this 14th day of October, 2004 to:

Thorn Rosenthal, Esquire
S. Penny Windle, Esquire
Cahill Gordon & Reindel
80 Pine Street
New York, New York 10005

Lawrence W. Andrea, Esquire
127 Kent Hollow Road
Kent, Connecticut 06757

_____
Chad A. Landmon