CD

144

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 14  P 4: 00

DISTRICT COURT
HARTFORD, CT.

WILLIAM G. CLARK,                        )
    Plaintiff/                            )        CIVIL ACTION
    Counterclaim Defendant,               )
                                         )
v.                                       )        No. 300CV0711 (RNC)
                                         )
LUMBERMENS MUTUAL CASUALTY               )
COMPANY,                                 )
    Defendant/                            )
    Counterclaim Plaintiff.               )        OCTOBER 14, 2004

MOTION FOR EXTENSION OF THE
DEADLINE SET FORTH IN THE JUNE 14, 2004 ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9(b),

plaintiff William G. Clark respectfully moves the Court to extend the deadline set forth in the

Court's June 14, 2004 Order by one month, up to and including November 15, 2004.  In support

of this Motion, Mr. Clark represents as follows:

1.      On May 17, 2004, the parties notified the Court that a settlement had been

reached, but that a certain amount of time was needed to finalize and execute the settlement.

2.      As a result of such representation, on June 14, 2004, the Court ordered the Clerk

"to close the file for administrative purposes without prejudice to reopening on or before October

15, 2004."  In addition, the Court ordered that the parties could file a stipulation of dismissal

October 15, 2004.   Clark v. Lumbermens Mut. Cas. Co.
                  3:00CV00711 (RNC)

Re:   Plaintiff's Motion for Extension of the Deadline Set Forth in the June
     14, 2004 Order (Doc. # 144)

Granted.  So ordered.

                                            _____
                                      Robert N. Chatigny, U.S.D/J.