ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV 29  A 10: 20

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| WILLIAM G. CLARK, | CIVIL ACTION |
| Plaintiff/<br>Counterclaim Defendant, | No. 300CV0711 (RNC) (DFM) |
| - against - | STIPULATION OF<br>DISMISSAL AND ORDER |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | |
| Defendant/<br>Counterclaim Plaintiff. | NOVEMBER __, 2004 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff and counterclaim defendant William G. Clark and defendant and counterclaim plaintiff Lumbermens Mutual Casualty Company, constituting all of the parties to this action, that this action be and the same hereby is dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys fees.

Dated: November 11, 2004

By: _____
Stuart L. Shapiro, Esq.   /Federal Bar # ct21475
Shapiro Mitchell Forman Allen &
Miller, LLP
380 Madison Avenue
New York, NY 10017

- and -

William M. Rubenstein, Esq,
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

*Attorneys for William G. Clark*

Dated: November 19, 2004

By: _____
Thorn Rosenthal
Federal Bar No. ct21473
S. Penny Windle
Federal Bar No. ct21474
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
(212) 701-3000

- and -

Lawrence W. Andrea
Federal Bar No. ct18427
127 Kent Hollow Road
Kent, Connecticut 06757
(860) 927-3372

*Attorneys for Lumbermens Mutual Casualty Company*

SO ORDERED:

Dated: _____

_____
U.S.D.J.