UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

WILLIAM G. CLARK,

    Plaintiff/
    Counterclaim Defendant,

- against -

LUMBERMENS MUTUAL CASUALTY COMPANY,

    Defendant/
    Counterclaim Plaintiff.

---

FILED
2004 NOV 29 A 10 26
U.S. DISTRICT COURT
HARTFORD, CT

CIVIL ACTION

No. 300CV0711 (RNC) (DFM)

**STIPULATION OF DISMISSAL AND ORDER**

NOVEMBER __, 2004

ORIGINAL
Case closed

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff and counterclaim defendant William G. Clark and defendant and counterclaim plaintiff Lumbermens Mutual Casualty Company, constituting all of the parties to this action, that this action be and the same hereby is dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys fees.

Dated: November 11, 2004

By: _____
Stuart L. Shapiro, Esq.   /Federal Bar # ct 214
Shapiro Mitchell Forman Allen & Miller, LLP
380 Madison Avenue
New York, NY 10017

- and -

William M. Rubenstein, Esq,
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

*Attorneys for William G. Clark*

Robert N. Chatigny, U.S.D.J.
December 6, 2004. Approved. So ordered.

2004 DEC -6 P 2: 04
U.S. DISTRICT COURT
HARTFORD, CT